**DISMISS; and Opinion Filed October 9, 2013.**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-11-01648-CV**

**SIMONE HOTALING HOAG, IN HER CAPACITY AS TRUSTEE OF THE CARL L. HOAG, JR AND SIMONE HOTALING HOAG REVOCABLE TRUEST, Appellant**

**V.**

**LEGACY TEXAS BANK, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-05037-2009**

**MEMORANDUM OPINION**

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Before this Court is appellant's stipulation regarding judgments and dismissal of appeal.

Having reached a settlement agreement, the parties agree to dismiss this appeal. We grant

appellant's motion and dismiss this appeal. TEX. R. APP. P. 43.2(f).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

111648F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SIMONE HOTALING HOAG, IN HER
CAPACITY AS TRUSTEE OF THE CARL
L. HOAG, JR. AND SIMONE HOTALING
HOAG REVOCABLE TRUST, Appellant

No. 05-11-01648-CV          V.

LEGACY TEXAS BANK, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-05037-2009.
Opinion delivered by Justice O'Neill,
Justices Lang-Miers and Evans participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

        It is **ORDERED** that each party shall bear their own cost of the appeal.


Judgment entered this 9th day of October, 2013.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE